In the United States District Court
Western District Of Arkansas
_____ Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 29, 2024
OFFICE OF THE CLERK

Jame GlENN Finley 023933

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

(C+C) Citi tele com. com (et Al)
Commissary deposits.com
Comon unicatrons / Commissary
medra divisions

*(In the space above enter the full name of each Defendant)*

Case No. 6:24-cv-06022
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

Jame GlENN Finley        Possum
Name (First, Middle, Last)        Aliases

023933
Prisoner ID #, if any

Montgomery county Detention center
Place of Detention or Incarceration

Page **1** of **11**

<u>225 Fair grounds RD</u>
Address (If detained, facility address)

<u>Montgomery County    Mount IDA   AR   71957</u>
County, City                     State              Zip Code

## II. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1: <u>City tele com Commissary / communications / media (Et Al)</u>
Name (Last, First)

<u>Outsourced Service Provider for Montgomery Co.</u>
Current Job Title

<u>4501 marlene Street    318-746-1114</u>
Current Work Address

<u>Bossier City    La    71111</u>
County, City         State       Zip Code

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

| County, City | State | Zip Code |

Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

| County, City | State | Zip Code |

Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

| County, City | State | Zip Code |

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Montgomery County Correction Center

Date(s) of occurrence: dec 10th 2023  FeB 18 2024  may 4th 2022  august 8 - 20th

Name of Each Defendant Involved: CHItele.com.com / commissary medical Communications

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

failure to provide Religious freedoms Litature / Kosher foods / price Gouging / taking adventure of situation.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**What happened to you?**

FACTS: multiple times RN Montgomery County & Saline County did the Company above List For sale food & Clothing Hygene at 6 to 10 times Retail price. and Not List any Items of Hygene for Indigent or medrea

**Who did what?**

**How were you injured?**

or communications for the indigent, or any litature for sale to Jewish or Kosher Food, or complete Jewish Bible or study Bible for Indigent or for sale, when questioned or asked for indigent consessions they stated we don't have to give you anything for free. and multiple times did the commissary deposits. Com support give my family the run around or deny them from placing my money on my account or ordering good for me.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Security in sales cost more to inmates no monolopy should be able to exsist for corrections, cause people incarcurated are just below human & have no rights

**Claim Number 2:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved: _____

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? | _____ |

| Who did what? | _____ |

| How were you injured? | _____ |

_____
_____
_____
_____
_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? |
|---|

_____
_____
_____

| Who did what? |
|---|

_____
_____
_____
_____
_____

| How were you injured? |
|---|

_____
_____
_____
_____
_____
_____

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____
_____
_____

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

$100,000.00 compensatory for pain-n-suffering $5000.00 a day mental anguish not being able to communicate w/ family. No greater price than Double Retail cost allowed on Items on Commissary Sold in a correctional Environment. Mandetory Kosher list Equal to the divicity of its non Kosher list at Each facility, Equal Provisions for media & Entertainment Communications for indigent/ Equal provisions of Religious material Bibles for all Religions.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? __2__

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**? ☐ Yes ☑ No

If yes, how many? __0__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

6:23-CV-06110-SOH-BAB - Smiley V. Smith (et Al) Still pending false imprisonment/failure to protect/ failure to provide medical treatment failure to prevent Retaliation Etc. Etc.

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Feb 18 - 2024
Dated

Plaintiff's Signature: J. G. Finley

Printed Name (First, MI, Last): Jaime Glenn Sonley

Prison Identification #, if any: 023933

Prison Address: 225 Fair grounds RD    City: Mount Ida    State: AR    Zip Code: 71957

ley 023953
n Grounds RD
DA AR
71957

LEGAl mall



Indigent

Received WD/AR

FEB 28 2024

U.S. Clerk's Office

Pro SE Low clerk office
35 EAST Mountran ST, SUITE 510
Fayetteville, AR 72701