IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMIE GLENN FINLEY                                                                                    PLAINTIFF

v.                                              Case No. 6:24-cv-6022

CITI TELE COM, Montgomery County
Provider of Commissary, Communications,
And Media                                                                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 29, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to prosecute this case and failure to keep the Court informed of his current address.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge